UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
ABDULAZEEZ,

              Plaintiff,

      - against -

EAN HOLDINGS L.L.C., et al.,

              Defendants.
--------------------------------X

**ORDER**

17 Civ. 7415 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    The Clerk of Court is directed to seal the exhibits filed at

ECF No. 72-1 through 72-16, making the documents viewable only to

the Court and the parties.

Dated:    New York, New York
           September 22, 2022

                      NAOMI REICE BUCHWALD
                      UNITED STATES DISTRICT JUDGE