```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MOHAMAD IMRAN ABDULAZEEZ,

                       Plaintiff,

         - against -                              O R D E R

HERMANN E DEPAZARCE,                          17 Civ. 7415 (NRB)

                       Defendant.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The parties having informed the Court on the eve of trial that this case has been settled, and the Court having informed the parties that the scheduled jury/trial would be cancelled, it is

**ORDERED** that the above-captioned action be, and hereby is, dismissed with prejudice.

DATED:   New York, New York
         October 20, 2022

```
                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE
```